**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ANNA L. MIRANDA, *on behalf of herself and all others similarly situated,*

                   Plaintiff,

              v.

CACH LLC and DANIELS NORELLI SCULLY & CECERE, P.C.

                   Defendants.

---

Index No.: 15-CV-0627

Hon. Lawrence E. Kahn
Hon. Daniel J. Stewart

**NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

       **PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2), the Affirmation of Daniel Schlanger, Esq., and all other Exhibits and papers attached hereto, Plaintiff will move this Honorable Court located at United States Courthouse, Northern District of New York, 445 Broadway, 4th Floor, Albany, NY 12207, on June 2nd, 2016 at 9:30 AM for an Order granting Plaintiff's aforesaid motion.

                        Respectfully Submitted,

                        *s/Daniel A. Schlanger*
                        Daniel A. Schlanger, Esq. (519417)
                        Kakalec & Schlanger, LLP
                        85 Broad Street, 18th Floor
                        New York, New York 10004
                        T.  212.500.6114, ext. 101
                        F.  646.612.7996
                        dschlanger@kakalec-schlanger.com

                        Anthony J. Pietrafesa, Esq.
                        721 University Building
                        120 East Washington Street
                        Syracuse NY 13202
                        T. 518.218.0851
                        F. 518.514.1241
                        ajp@ajp1law.com

                        *Attorneys for Plaintiff and the Putative Class*