UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA L. MIRANDA, *on behalf of herself and all others similarly situated*,<br>                    Plaintiff,<br><br>             v.<br><br>CACH LLC and DANIELS NORELLI SCULLY & CECERE, P.C.<br>                    Defendants. | **DECLARATION OF DANIEL A. SCHLANGER IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Index No.: 15-CV-0627<br><br>Hon. Lawrence E. Kahn<br>Hon. Daniel J. Stewart |

DANIEL A. SCHLANGER, an attorney duly licensed to practice law in the State of New York, hereby declares, pursuant to 28 U.S.C. § 1746, that the following facts are truthful:

1. I am a partner at Kakalec & Schlanger & Schlanger, LLP, counsel for Plaintiff, Anna L. Miranda.

2. I make this Affirmation in support of Plaintiff's Motion for Leave to Amend Complaint.

3. Specifically, I make submit this affirmation for the purpose of placing before this Court Plaintiff's proposed Amended Complaint, which is attached hereto as <u>Exhibit 1</u>.

4. The facts and legal arguments relevant to this Motion have been set out in Plaintiff's Memorandum of Law.

5. For the reasons set forth more fully in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend Complaint, Plaintiff's Motion should be granted in its entirety.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 25, 2016

                                        Respectfully Submitted,

                                        *s/Daniel A. Schlanger*
                                        Daniel A. Schlanger, Esq. (519417)
                                        Kakalec & Schlanger, LLP
                                        85 Broad Street, 18th Floor
                                        New York, New York 10004
                                        Tel:  212-2500-6114, ext. 101
                                        Fax:  646-612-7996
                                        dschlanger@kakalec-schlanger.com